Mark **SCRUTCHFIELD**, Appellant,

v.

**STATE of Missouri, Respondent.**

**No. WD 42840.**

Missouri Court of Appeals,
Western District.

Aug. 28, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 2, 1990.

Ronald J. Prenger, Jefferson City, for appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and FENNER and ULRICH, JJ.

### ORDER

PER CURIAM.

Movant appeals from the denial of a Rule 27.26 motion for post-conviction relief, after an evidentiary hearing.

The denial of post-conviction relief is affirmed. Rule 84.16(b).